IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Trumain Davis, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | Civil Action No. 8:26-cv-533-BHH |
| v. | ) | |
| | ) | **ORDER** |
| Warden S. Napier, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

This matter is before the Court upon Petitioner Trumain Davis's ("Petitioner") *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. On April 10, 2026, Respondent filed a motion to dismiss, or in the alternative, for summary judgment. (ECF No. 14.) In accordance with 28 U.S.C. § 636 and Local Civil Rule 73.02(B)(2), D.S.C., the matter was referred to a United States Magistrate Judge for preliminary determinations.

On September 22, 2026, the Magistrate Judge issued a report and recommendation ("Report"), outlining the issues and recommending that the Court dismiss this action with prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure based on Petitioner's failure to prosecute. In the alternative, the Magistrate Judge recommended that the Court grant Respondent's motion for summary judgment. (ECF No. 21.)

Attached to the Magistrate Judge's Report was a notice advising the parties of the right to file written objections to the Report within fourteen days of being served with a copy. To date, no objections have been filed.

The Magistrate Judge makes only a recommendation to the Court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the Court. *Mathews v. Weber*, 423 U.S. 261 (1976). The Court

is charged with making a *de novo* determination only of those portions of the Report to which specific objections are made, and the Court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge, or recommit the matter to the Magistrate Judge with instructions. 28 U.S.C. § 636(b)(1). In the absence of specific objections, the Court reviews the matter only for clear error. *See Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (stating that "in the absence of a timely filed objection, a district court need not conduct a *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'") (quoting Fed. R. Civ. P. 72 advisory committee's note).

Here, because no party has filed objections to the Report, the Court has reviewed the record and the findings of the Magistrate Judge for clear error. After review, the Court finds no clear error and fully agrees with the Magistrate Judge's analysis. Accordingly, the Court **adopts and incorporates** the Report (ECF No. 21), and the Court dismisses this matter with prejudice pursuant to Rule 41(b) for failure to prosecute, thereby mooting Respondent's motion for summary judgment (ECF No. 14).

**IT IS SO ORDERED.**

/s/Bruce H. Hendricks
United States District Judge

October 15, 2026
Charleston, South Carolina

**NOTICE OF RIGHT TO APPEAL**

Plaintiff is hereby notified that any right to appeal this order is governed by Rules 3 and 4 of the Federal Rules of Appellate Procedure.